IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY LINK and THOMAS LINK                                                              PLAINTIFFS

v.                                          Civil No. 4:24-cv-04063

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, *et al*                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Permission to Send Case Documents Electronically. ECF No. 8. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court.

Plaintiffs' Motion for Permission to Send Case Documents Electronically (ECF No. 8) is **GRANTED.** Plaintiffs will be allowed to file future pleadings electronically by emailing pleadings to TEX_info@arwd.uscourts.gov in PDF format. Any exhibits to pleadings shall be attached separately and not sent as one document.

**IT IS SO ORDERED** this 25th **day of June 2024**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE