IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY LINK and THOMAS LINK                                                PLAINTIFFS

v.                               Civil No. 4:24-cv-04063

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, *et al*                                                  DEFENDANTS

## ORDER

The Court has previously entered an order allowing Plaintiffs to proceed *in forma pauperis* (ECF No. 5*)*.  The matter of service was to be determined at a later date.  *Id*.  The Court now **GRANTS** Plaintiffs' Motion for Service and directs the U.S. Marshal to serve a copy of the Complaint filed on June 11, 2024 (ECF No. 3) and a copy of this order on Defendants by serving the Defendants at the following address:

Arkansas Department of Human Services
3809 Airport Plaza
Texarkana, AR 71854

Jonathan Scott
3809 Airport Plaza
Texarkana, AR 71854

Alexis Lampkins
3809 Airport Plaza
Texarkana, AR 71854

Peter Ferrara
355 W 1st St S
Prescott, AR 71857

without prepayment of fees and costs or security thereof.   Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

1

**IT IS SO ORDERED** this **8th day of July 2024**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE